IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § | |
| **1960 FAMILY PRACTICE PA,** | § § § | No. 20-35493<br>Chapter 7 |
| *Debtor.* | § § | |
| **EVA S. ENGELHART, CHAPTER 7 TRUSTEE,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | Adversary No. 22-03126 |
| **DOCTORS HOSPITAL 1997 LP d/b/a UNITED MEMORIAL MEDICAL CENTER,** | § § § | |
| *Defendants.* | § | |

| | | | |
|---|---|---|---|
| Judge: | Hon. Eduardo V. Rodriguez | Parties: | Doctors Hospital 1997 LP d/b/a United Memorial medical Center |
| Date: | TBD | | |
| Time: | TBD | Atty.: | Leonard H. Simon & William P. Haddock |
| | | Tel.: | 713-528-8555 |
| | | Mobile: | 713-298-2168 |

**WITNESSES:**
- Ravishankar Mallapuram
- Yoni Gerber
- Jose Bello
- Designated representative with knowledge of relevant facts for FM 1960 Medical Vo;;age Physicians, L.P.
- Designated representative with knowledge of relevant facts for Cypress MOB, LLC.
- Designated representative with knowledge of relevant facts for WFMC 2016-C34 Northwest Freeway, LLC,
- Miriam Goot
- Dr. Huong Le
- Eva S Engelhart
- Benjamin Joseph Lusky

Re:   Trial on Merits

- Huong T. Le Nguyen
- Witnesses designated by other parties
- Witnesses needed for rebuttal whose testimony cannot be reasonably anticipated prior to the hearing

### EXHIBIT & WITNESS LIST

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | First Least | | | |
| 2 | Second Lease | | | |
| 3 | Amendment of First Lease | | | |
| 4 | Amendment to Second Lease | | | |
| 5 | Demand by Landlord | | | |
| 6 | APA | | | |
| 7 | Demand Letter to UMMC | | | |
| 8 | Second Demand Letter | | | |
| 9 | Trustee's Original Complaint | | | |
| 10 | Demand Ltr From LL to UMMC | | | |
| 11 | LL Amended Petition in State Court | | | |
| 12 | Sale Agreement | | | |
| 13 | Order Approving Sale Agreement | | | |
| 14 | Trustee's Original Complaint | | | |
| 15 | Answer | | | |
| 16 | SO Resolving Objection to Claim | | | |
| | | | | |
| | | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
|  | Exhibits designated by other parties |  |  |  |
|  | Exhibits needed for rebuttal which cannot be reasonably identified prior to the hearing |  |  |  |

Respectfully Submitted,

**Pendergraft & Simon, LLP**

/s/ *Leonard H. Simon*
Leonard H. Simon
  Texas Bar No. 18387400
  S.D. Tex. Adm. No. 8200
William P. Haddock
  Texas Bar No. 00793875
  S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for Doctors Hospital 1997 LP d/b/a United Memorial Medical Center*

### Certificate of Service

I hereby certify that a true and correct copy of the above Exhibit List has been served on all counsel/parties appearing through the Court's CM/ECF system in accordance with the Fed. R. Bankr. P. 7005 and local rules for ECF service on this 16th day of March 2023:

/s/ *Leonard H. Simon*
Leonard H. Simon